MELISSA W. COOK, ESQ.; SBN 134791
mwccoast@aol.com
KERRY K. FENNELLY, ESQ.; SBN 232621
kkfennelly@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Plaintiffs

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA IRONWORKERS
FIELD PENSION TRUST;
CALIFORNIA IRONWORKERS
FIELD WELFARE PLAN;
CALIFORNIA FIELD IRON
WORKER VACATION TRUST
FUND; CALIFORNIA FIELD IRON
WORKERS APPRENTICESHIP
TRAINING AND JOURNEYMAN
RETRAINING FUND; CALIFORNIA
AND VICINITY FIELD IRON
CALIFORNIA FIELD IRON
WORKERS ADMINISTRATIVE
TRUST; CALIFORNIA FIELD
IRONWORKERS LABOR
MANAGEMENT COOPERATIVE
TRUST FUND; AND
IRONWORKERS WORKERS'
COMPENSATION TRUST, et al.,

                    Plaintiffs,

          v.

CARLYLE FRANK GLASGOW,
an individual dba CARLYLE
GLASGOW WELDING SERVICES;
and CARLYLE GLASGOW
WELDING SERVICES, INC., a
corporation,

                    Defendants.

Case No. SACV 08-1176-AG (MLGx)

[PROPOSED] JUDGMENT

Hearing Date: April 27, 2009
Time: 10:00 a.m.
Courtroom: 10D
Hon. Andrew J. Guilford

Complaint Filed: October 20, 2008
Trial Date: September 29, 2009

This action came on for hearing on April 27, 2009, before the Honorable

1   Andrew J. Guilford, United States District Judge, Presiding, on a Motion for Summary

2   Judgment, and the evidence presented having been fully considered, the issues having

3   been duly heard and a decision having been duly rendered,

4            IT IS ORDERED AND ADJUDGED that Plaintiffs, CALIFORNIA

5   IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD

6   WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION TRUST,

7   CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND

8   JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD

9   IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS

10  ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR

11  MANAGEMENT COOPERATIVE TRUST and IRONWORKERS WORKER'S

12  COMPENSATION TRUST shall recover from Defendants, CARLYLE FRANK

13  GLASGOW, an individual dba CARLYLE GLASGOW WELDING SERVICES and

14  CARLYLE GLASGOW WELDING SERVICES, INC., a corporation, the sum of

190,617.25

15  ~~$252,617.25~~, which includes ~~$182,000.00~~ *182,142.29* for the balance left on the MOU, ~~$62,142.29~~

16  ~~for the balance left on the~~ Suppl. MOU, *and* $2,874.28 in unpaid Contributions,

17  $5,036.34 in liquidated damages and $564.34 for interest for the months of April, 2008

18  to December, 2008 plus reasonable attorney's fees and litigation costs. Plaintiffs shall

19  submit to the Court an Application to Tax Cost pursuant to Local Rule 54-3 and an

20  Application for attorney's fees pursuant to Local Rule 54-12.

21            Judgment is entered this *MAY 20* day of ~~MMMMMM~~, 2009.

22

23  DATED: *MAY 20, 2009*

24

25                          _____
                            ANDREW J. GUILFORD
26                          UNITED STATES DISTRICT JUDGE

27

28

[Proposed] Judgment                                    Case No. SACV 08-1176-AG (MLGx)